COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present:   Judges Frank, Huff and Senior Judge Haley

COLONIAL BEACH PUBLIC SCHOOLS AND
 VIRGINIA ASSOCIATION OF COUNTIES
 GROUP SELF-INSURANCE

                                                      MEMORANDUM OPINION[*]
v.      Record No. 0176-14-3                          PER CURIAM
                                                      MAY 27, 2014

BEVERLY E. HORNER


                FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

          (J. David Griffin; Winchester Law Group, P.C., on brief), for
          appellants.

          No brief for appellee.


        Colonial Beach Public Schools and its insurer (appellants) appeal a decision of the

Workers' Compensation Commission finding that Beverly E. Horner (appellee) was entitled to

an award of benefits based on a fall arising out of her employment.  Appellants contend the

commission erred by (1) awarding temporary total disability benefits without proper evidence or

request for such relief; (2) finding that a sloped sidewalk is a defective sidewalk; (3) finding an

act of turning on a sidewalk is a risk peculiar to employment and not a common neighborhood

risk; (4) finding an act of turning on a sloped sidewalk is a risk peculiar to employment and not a

common neighborhood risk; and (5) disregarding the contemporaneous evidence following the

accident that appellee did not know why she fell.  We have reviewed the record and the

commission's opinion and find that this appeal is without merit.  Accordingly, we affirm for the

reasons stated by the commission in its final opinion.  See Horner v. Colonial Beach Pub. Schs.,

_____

        [*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

VWC File No. VA00000566524 (Jan. 14, 2014). We dispense with oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process. <u>See</u> Code § 17.1-403; Rule 5A:27.

<u>Affirmed.</u>